# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No. **EDCV 19-2348-AB (JPR)**                     Date: **January 7, 2020**

Title: **Singh Gurwinder v. David W. Jennings et al.**

================================================================

**DOCKET ENTRY: Order to Show Cause Why Petition Should Not Be Dismissed as Moot**

================================================================

PRESENT:

#### HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Bea Martinez | n/a |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PETITIONER:             ATTORNEYS PRESENT FOR RESPONDENT:

   None present                                         None present

## PROCEEDINGS: (IN CHAMBERS)

On December 5, 2019, Petitioner filed pro se a habeas Petition and motion for appointment of counsel, claiming that he has been detained in ICE's Adelanto facility since May 6, 2019, and that his asylum claim was unlawfully denied. The court denied Petitioner's request for appointment of counsel on December 11, 2019, advising him that he could attempt to retain counsel on his own.

He apparently did so, because on December 16, 2019, a lawyer filed a second petition for him, making essentially the same claims. See Gurwinder Singh v. U.S. Dep't of Homeland Security et al., No. 2:19-cv-10594-RGK-JC (C. D. Cal. Dec. 16, 2019), ECF No. 1.[1]  Petitioner voluntarily dismissed that petition on December 20, 2019, after the Court granted his request for an emergency stay of removal proceedings and ordered additional briefing.  Id., ECF No. 6.

The Court therefore orders Petitioner to show cause in writing why this Petition should not be dismissed as moot given that he has apparently received the relief he sought.  Petitioner must file his response to this Order to Show Cause no later than 14

---

[1] The name on that petition is Gurwinder Singh rather than Singh Gurwinder. Both filings identify Petitioner by the same "A" number, however.

------------------------------------------------------------

days from the date of this Order; if he wishes to voluntarily dismiss this Petition as well, he should simply so indicate.

   The clerk is directed to serve this order on Petitioner personally as well as on Bashir Ghazialam, his attorney in case number CV 19-10594-RGK (JC).

   cc: Judge Birotte